# United States Court of Appeals
### For the Eighth Circuit

_____

## No. 17-1714
_____

United States of America

*Plaintiff - Appellee*

v.

Eldon Philip Anderson

*Defendant - Appellant*

_____

## No. 17-3183
_____

United States of America

*Plaintiff - Appellee*

v.

Eldon Philip Anderson

*Defendant - Appellant*

_____

Appeals from United States District Court
for the District of Minnesota - St. Paul

—————————

Submitted: October 23, 2017
Filed: November 6, 2017
[Unpublished]

—————————

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

—————————

PER CURIAM.

In these consolidated appeals, Eldon Anderson, proceeding pro se, appeals the district court's[1] order revoking his supervised release, and also appeals the district court's[2] denial of his motion for release pending appeal. Anderson argues on appeal, inter alia, that the government failed to prove he violated the terms of his supervised release.

After carefully reviewing the record and the parties' arguments on appeal, we reject Anderson's challenge to the district court's determination that he violated the terms of his supervised release. See United States v. Black Bear, 542 F.3d 249, 252 (8th Cir. 2008) (finding as to whether violation occurred is reviewed for clear error). We conclude that Anderson's additional arguments are also unavailing, and therefore affirm the judgment revoking his supervised release. See 8th Cir. R. 47B. We further dismiss as moot Anderson's appeal from the denial of his motion for release pending appeal, and deny as moot his motion for an expedited appeal.

—————————————————

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

[2]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.